**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Kara McCormick,

    Plaintiffs,

    v.                                      Case No. 1:21cv538

CBX Enterprises, Inc.,                Judge Michael R. Barrett

    Defendant.

## ORDER

Pursuant to notification by the parties, it is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within ninety (90) days, reopen the action. The Court retains jurisdiction.

    **IT IS SO ORDERED.**

                                              *s/Michael R. Barrett*
                                              Michael R. Barrett, Judge
                                              United States District Court